**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 118 EAL 2016
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
JORGE MARTINEZ, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.